# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY MARNER, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE AIR FORCE, et al.,<br><br>        Defendants. | Case No.: 3:24-cv-00502-RBM-MMP<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a) OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915(a)** |

On March 13, 2024, Plaintiff Zachary Marner ("Plaintiff"), seemingly proceeding pro se on behalf of himself and the other named plaintiffs, filed a Notice of Lawsuit for $7,000,000, which the Court construes as a complaint for damages. (Doc. 1.)

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $405, consisting of a $350 statutory fee plus an additional administrative fee of $55, although the $55 administrative fee does not apply to persons granted leave to proceed *in forma pauperis* ("IFP"). *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2023)). An action may proceed despite

a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a).  *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Plaintiff has not prepaid the $405 in filing and administrative fees or filed an application to proceed IFP pursuant to 28 U.S.C. § 1915(a).  Accordingly, this action is **DISMISSED without prejudice** for failure to satisfy the filing and administrative fee requirements or file an application to proceed IFP.  *See Turner v. Chase Bank*, Case No.: 24-cv-455 JLS (AHG), 2024 WL 1099694, at *1 (S.D. Cal. Mar. 13, 2024).  The Court **ORDERS** the Clerk of the Court to close the case.  Plaintiff may re-open his case on or before **September 25, 2025** by (1) paying the filing and administrative fees or (2) filing an application to proceed IFP.

**IT IS SO ORDERED**.

DATE:  September 2, 2025

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE